**UNITED STATES of America,**
**Plaintiff-Appellee,**

v.

**Preston Cornelius EVERETT, a/k/a**
**P, Defendant-Appellant.**

**No. 17-6207**

United States Court of Appeals,
Fourth Circuit.

Submitted: January 30, 2018

Decided: February 12, 2018

Preston Cornelius Everett, Appellant Pro Se. Dana James Boente, United States Attorney, Lawrence Joseph Leiser, Assistant United States Attorney, OFFICE OF THE UNITED STATES ATTORNEY, Alexandria, Virginia, for Appellee.

Before NIEMEYER, DIAZ, and FLOYD, Circuit Judges.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Preston Cornelius Everett was found guilty of conspiracy to possess with intent to distribute five kilograms or more of cocaine and for possession of a firearm in furtherance of a drug trafficking crime. On direct appeal, this court affirmed the judgment. *United States v. Everett*, 164 Fed. Appx. 392 (4th Cir. 2006). Everett has now filed his second notice of appeal of the criminal judgment. Because we have previously affirmed this criminal judgment, we dismiss the appeal as duplicative. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*DISMISSED*